**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

BRIAN D. WATSON,

                Plaintiffs,

     v.

WYETH, D.B.A., WYETH CONSUMER HEALTHCARE, and WYETH, INC.,

                Defendant.

**Case No.** C03-5503

ORDER ALTERING JUDGMENT PURSUANT TO FED.R.CIV.P.59(e);(60)

    THIS MATTER comes before the court on Defendants Motion to Alter Judgment Pursuant to Fed.R.Civ.P.59(e) and 60. The court has reviewed all materials submitted in support of and in response to said motion as well as the files and records herein. This motion is noted for May 20, 2005. There are pending motions by plaintiff for attorneys fees and an additur based on the tax consequences of the award. Additionally, there is a cost bill pending. Defendant has pending a motion for judgment notwithstanding the verdict or in the alternative a new trial. Given the response from plaintiff to the Motion to Alter Judgment the court sees no reason to delay ruling on the same.

    Defendant correctly alleges that the court erred in doubling the entirety of the April 13, 2005 $881,000.00 jury verdict, following the jury determination that the defendant "wilfully" discriminated against the plaintiff in violation of his rights under the Age Discrimination in Employment Act. This error resulted in the entry of judgment in the sum of $1,762,000 on April 18, 2005.

ORDER
Page - 1

In his response plaintiff concurs with defendant's assertions that the provisions of the act allows only for the "doubling" of the back pay award, which the jury determined to be $93,000,00.   When added to the entire $881,000 verdict, the total judgment should amount to $974,000 effective April 18, 2005.

ACCORDINGLY, the court grants defendants motion to alter the judgment to reflect a total award of $974,000.00 effective April 18, 2005,  exclusive of whatever other relief  may hereafter be granted by way of additur, costs, or attorneys fees.

May 12, 2005

   /s/ J. Kelley Arnold
United States Magistrate Judge