# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRIAN D WATSON,

        Plaintiff,

    v.

WYETH, el al,

        Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C03-5503JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

COURT GRANTS DEFENDANTS' MOTION TO ALTER THE JUDGMENT TO REFLECT A GRAND TOTAL AWARD OF $974,000.00 EFFECTIVE APRIL 18, 2005, EXCLUSIVE OF WHATEVER OTHER RELIEF MAY HEREAFTER BE GRANTED BY WAY OF ADDITUR, COSTS OR ATTORNEYS FEES. (PER DOC #147)

May 17, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk