**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BRIAN D. WATSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>WYETH, D.B.A. WYETH CONSUMER HEALTHCARE, and WYETH, INC.,<br><br>　　　　　　　　　Defendant. | **Case No.** C03-5503 JKA<br><br>Minute Order Striking Order for Stay as Moot |

THIS MATTER appears on the court's calendar as Defendant's Motion for Stay of Proceedings to Enforce Judgment. The Motion was noted for May 20, 2005, and sought relief pending the court's ruling on defendant's motion for Directed Verdict (or Judgment Notwithstanding the Verdict). The court having, heretofore entered it's ruling on Defendant's Motion for Directed Verdict, now **strikes Defendant's Motion for Stay (Doc#125) as moot.**

Entered at the direction of U.S. Magistrate Judge, J. Kelley Arnold by Deputy Clerk, /s/*Kelly Miller*. this 24th day of May, 2005.

ORDER
Page - 1