**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

BRIAN D. WATSON,

                              Plaintiff,

            v.

WYETH, et al.,

                              Defendants.

**Case No.** C03-5503 JKA

SUPPLEMENTAL ORDER RE:
PLAINTIFF'S MOTION FOR ADDITUR
REGARDING TAX CONSEQUENCES
OF AWARD

THIS MATTER is before the court for final resolution of Plaintiff's Motion for Additur Regarding Tax Consequences of Award.

Plaintiff sought damages for adverse tax consequences resulting from the receipt of a lump sum award of lost pay in the sum of $157,354, and the effect of an early withdrawal penalty on his 401k plan in the sum of $3,550.  Plaintiff submitted the declaration of his expert, Certified Public Accountant, John Allen.  (Docket #132 – filed 4/28/05).

Defendant denied liability for the claimed adverse tax consequences, and alternatively submitted that the adverse tax consequences resulting from the receipt of a lump sum award of lost pay would amount to $124,792.  Defendant submitted the declaration of his expert, Certified Public Accountant, Thomas Sadler. (Docket #143 – filed 4/09/05).

With regard to the issue of liability, this court granted plaintiff's motion as to the lost pay portion of the verdict, and denied it with regard to the consequences of an early withdrawal from plaintiff's 401k plan. The court further advised counsel of his familiarity and personal involvement with both accounting firms with whom their respective experts were associated, *suggesting* the parties consult with their experts and agree on a third person to make a joint recommendation to the court as to the tax consequences of receiving the lost pay in a lump sum award. (Docket #162 – filed 5/20/05)..

Thereafter, the parties submitted a joint notice to the trial court that Steve Kessler had agreed to prepare a summary of tax implications.  (Docket #166 – filed 6/03/05).

On July 13, 2005, plaintiff's counsel filed with the court the Declaration of Richard H. Wooster (plaintiff's counsel) and the Declaration of Steven J. Kessler, CPA, Regarding Independent Tax Analysis Report Concerning Additur, dated June 16, 2005.  (Docket #188).  The analysis of Stevn J. Kessler concludes the additional  tax liability related to the plaintiff's lost pay lump sum award is $170,802.00 (Docket #188 – filed 7/13/05).

Unless the court has received a written objection to entry of an order granting plaintiff's motion for additur in the sum of $170,802, on or before July 27, 2005 (reserving defendant's exception to the court's ruling that plaintiff is entitled to adverse tax consequences), such an order will be entered without further notice.

July 14, 2005


  */s/ J. Kelley Arnold*
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 2