# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

BRIAN D. WATSON,

        Plaintiff,

v.

WYETH, DBA WYETH CONSUMER HEALTHCARE, and WYETH, INC.,

        Defendant.

**Case No.** C03-5503JKA

ORDER ENTERING ADDITUR TO JUDGMENT

THIS MATTER comes before the court on Plaintiff's Motion for Additur Regardint Tax Consequences of Plaintiff's Award. This order is entered pursuant to the court's earlier order of July 14, 2005 (Doc #190).

The court having received no objection to the court's conclusion that the tax consequences of plaintiff's award amount to $170,802 (subject to defendant's right to challenge this court's determination that plaintiff is entitled to an award for tax consequences), it is hereby ordered adjudged and decreed as follows:

<u>The Clerk of Court is directed to enter an additur to judgement in favor of plaintiff in the additional sum of $170,802 reflecting the tax consequences of the juries award. Said additur should be effective as of the date the original judgment was entered, April 18, 2005.</u>

        July 28, 2005.

        */s/ J. Kelley Arnold*
        J. Kelley Arnold, U.S. Magistrate Judge