# United States District Court

## WESTERN DISTRICT OF WASHINGTON

BRIAN WATSON,

                  Plaintiff,

       v.

WYETH, et al,

                Defendants.

## <u>SECOND AMENDED</u>
## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C03-5503JKA

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**This second amended judgment is entered to reflect the court's rulings (Docs # 196 and 197).  Judgment is entered in favor of the plaintiff in the total amount of $189,552.00**

August 2, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk